1  LATHAM & WATKINS LLP
       Daniel M. Wall (Cal. Bar No. 102580)
2      Timothy L. O'Mara (Cal. Bar No. 212731)
       Kirsten M. Ferguson (Cal. Bar No. 252781)
3  505 Montgomery Street, Suite 2000
   San Francisco, California 94111-6538
4  Telephone: 415.391.0600
   Facsimile: 415.395.8095
5  Email: Dan.Wall@lw.com
   Email: Tim.Omara@lw.com
6  Email: Kirsten.Ferguson@lw.com

7
   ROBINSON BRADSHAW & HINSON
8      Nathan C. Chase, Jr. (Cal Bar No. 247526)
   101 North Tryon Street, Suite 1900
9  Charlotte, North Carolina 28246
   Telephone: 704.377.2536
10 Facsimile: 704.373.3937
   Email: ebowman@rbh.com
11 Email: mmerritt@rbh.com
   Email: lmoore@rbh.com
12

13 *Attorneys for Defendants Charlotte Pipe and Foundry*
   *Company and Randolph Holding Company, LLC*
14

15
                     UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17
                        SAN FRANCISCO DIVISION
18

19

20 TRUMBULL INDUSTRIES, INC., on behalf         CASE NO. 13-cv-04833-EMC
   of itself and all others similarly situated,
21                                               **DEFENDANT CHARLOTTE PIPE AND**
              Plaintiff,                         **FOUNDRY CO. AND DEFENDANT**
22                                               **RANDOLPH HOLDING CO., LLC'S**
        v.                                       **CERTIFICATION OF INTERESTED**
23                                               **ENTITIES OR PERSONS PURSUANT TO**
   AB&I FOUNDRY, TYLER PIPE                      **FED. R. CIV. P. 7.1 AND CIVIL LOCAL**
24 COMPANY, MCWANE, INC.,                        **RULE 3-16**
   CHARLOTTE PIPE AND FOUNDRY
25 COMPANY, and RANDOLPH HOLDING
   COMPANY,
26
              Defendants.
27

28

1       Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16 of the United

2 States District Court for the Northern District of California, the undersigned, counsel of record

3 for Defendant Charlotte Pipe and Foundry Company ("Charlotte Pipe") and Defendant Randolph

4 Holding Company, LLC ("Randolph"), certifies that the following listed persons, associations of

5 persons, firms, partnerships, corporations (including parent corporations) or other entities (i)

6 have a financial interest in the subject matter in controversy or in a party to the proceeding, or

7 (ii) have a non-financial interest in that subject matter or in a party that could be substantially

8 affected by the outcome of this proceeding:

9       1.     Charlotte Pipe is the parent company of Randolph, its wholly-owned subsidiary.

10       2.     Charlotte Pipe is a privately-held company, owned individually and/or in trust by

11 members of the Dowd family and by E. Hooper Hardison.

12 Dated: November 15, 2013               Respectfully Submitted,

13                            LATHAM & WATKINS LLP
                              Daniel M. Wall

14                               Timothy L. O'Mara
                              Kirsten M. Ferguson

15

16                        By _____
                              Kirsten M. Ferguson

17                               *Attorneys for Defendants Charlotte Pipe and*
                              *Foundry Company and Randolph Holding*

18                               *Company, LLC*

19 SF\5627296

20

21

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED ENTITIES AND PERSONS
CASE NO. 13-CV-04833-EMC

1